## KREIS *v.* RAY.

BECK, J. The evidence in this case demanded a finding in favor of the plaintiff in fi. fa., and the court below did not err in directing a verdict accordingly. *Judgment affirmed. All the Justices concur.*

Argued February 13, — Decided August 10, 1909.

Claim. Before Judge Ellis. Fulton superior court. June 20, 1908.

*W. W. Haden* and *J. F. Daniel,* for plaintiff in error

*George Gordon,* contra.